PP-403
(Rev. 5/1/12)

# STATE OF MAINE

L.S.

YORK County Probate Court

Alfred
Location of Court

Docket No. 2018-0880(O/2)

In Re: James Cates
Protected Person

Appointment of Conservator

Upon hearing, or after legal opportunity for hearing, the Court finds that a qualified person has petitioned for the appointment of a conservator for the above-named protected person; that venue is proper; that the required notices have been given or waived; that the named person has assets requiring protective proceedings; that the named person is a person for whom appointment of a conservator is proper; that the person hereby appointed has priority pursuant to 18-A M.R.S. §5-410 over any other person known to desire appointment; and that the appointment of a conservator will be in the best interests of the protected person.

The Court hereby appoints Ronald Cates, whose address is 240 Sandwich Street, Plymouth, Massachusetts 02360 as conservator of the estate and affairs of James Cates of 7 Bobcat Lane, Berwick, Maine 03901
(Name and address of protected person)
protected person, and directs issuance of Letters of Conservatorship to said conservator.

The statutory powers of the conservator are EXPANDED/LIMITED as follows:[1]

A ~~PERSONAL~~/CORPORATE surety bond in the amount of $20,000.00 shall be filed and/or other security as follows:[2]

within 90 days.

The conservator shall file an inventory within 90 days according to law.[3] A copy of the conservator's annual credit report shall be attached to the Inventory upon filing.

The conservator shall file annual accounts according to law.[4] A copy of the conservator's annual credit report shall be attached to the Account upon filing.

Dated: March 12, 2019

Judge of Probate

---

[1] See 18-A M.R.S. § 5-426.
[2] Strike personal or corporate unless either will satisfy the court. If no security other than a bond is required, enter "None" after the word "follows." See 18-A M.R.S. § 5-411 and 5-412.
[3] See 18-A M.R.S. § 5-418 and note that under paragraph (c) of this section, the potential payment of a minimum of $100 may be due to the protected person's estate for failure to file inventory.
[4] See 18-A M.R.S. § 5-419(d) for the obligation of a conservator to account to the Court and the potential payment that may be due to the protected person's estate for failure to file an accounting.

YORPROB

EXHIBIT B